**Opinion issued December 18, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-14-00817-CR**

_____

**DERRICK ALONZO THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 268th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 12-DCR-061680**

---

**MEMORANDUM OPINION**

Appellant, Derrick Alonzo Thomas, proceeding *pro* se, attempts to appeal from the trial court's September 4, 2014 order denying his motion for judgment *nunc pro tunc* seeking additional pre-sentence jail time credit, and has filed a motion for leave to proceed *in forma pauperis* and to file his affidavit of indigence in support. However, the Texas Court of Criminal Appeals has held that the proper

procedure to challenge the denial of a motion for judgment *nunc pro tunc* is by a writ of mandamus, not by appeal. *See Ex parte Florence*, 319 S.W.3d 695, 696 (Tex. Crim. App. 2010) ("If the trial court denies the motion for judgment *nunc pro tunc* or fails to respond, relief may be sought by filing an application for writ of mandamus in a court of appeals.")

Accordingly, we dismiss the appeal for want of jurisdiction. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).